UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:15CR72- PPS/APR |
| ALDON PEREZ, | ) | |
| Defendant. | ) | |

## ORDER

No objections have been timely filed to the report and recommendation of United States Magistrate Judge Andrew P. Rodovich concerning defendant Aldon Perez's plea of guilty. Without objection, then, I adopt Judge Rodovich's findings that defendant understands the matters enumerated in Fed.R.Crim.P. 11(b)(1), that defendant is competent to enter a plea of guilty, that defendant voluntarily wishes to plead guilty to the charge against him, and that there exists a factual basis for the plea.

ACCORDINGLY:

Judge Rodovich's Findings and Recommendation [DE1032] are ACCEPTED AND ADOPTED.

Defendant Aldon Perez's plea of guilty to Count 1 of the Third Superseding Indictment, a charge of Conspiracy to Participate in Racketeering Activity, in violation of 18 U.S.C. §1962(d), is ACCEPTED, and he is adjudged guilty of that offense.

The sentencing of Aldon Perez will be set by further order.

SO ORDERED.

ENTERED: October 6, 2017.

                                            /s/ Philip P. Simon
                                           PHILIP P. SIMON, JUDGE
                                           UNITED STATES DISTRICT COURT